ACCEPTED
03-15-00020-CV
5315960
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 10:05:59 AM
JEFFREY D. KYLE
CLERK

Case No. 03-15-00020-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 10:05:59 AM
JEFFREY D. KYLE
Clerk

## JAMES V. LONG,

*Appellant*,

**v.**

## SOUTHWEST FUNDING, LP, ET AL.,

*Appellees.*

Appealed from the 126th Judicial District Court of
Travis County, Texas
Cause No. D-1-GTN-10-003483

## APPELLEES' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees, Southwest Funding, L.P., IndyMac Mortgage Services, OneWest Bank, FSB, and Deutsche Bank National Trust Company ("Appellees") file this unopposed joint motion for extension of time to file Appellees' briefs, and in support show as follows:

1.     This is an appeal from the Trial Court's order granting traditional and no-evidence summary judgment for Appellees on Appellant's claims against them and on Deutsche Bank's counterclaim against Appellant.

2.     Appellant filed his Notice of Appeal on or about January 6, 2015.

3.     Appellant's brief was originally due on March 20, 2015, and after receiving an unopposed thirty day extension of time, Appellant filed his brief on April 20, 2015.

4.     Appellees' briefs are currently due on May 21, 2015.  Appellees seek an extension of time until June 22, 2015, within which to file and serve their briefs and record excerpts.

5.     The requested extension is not sought for purposes of delay only, but so that justice may be served in this action.  Specifically, Appellees' respective counsel requests an extension of time to file their briefs due to the fact that the undersigned counsel has overlapping deadlines that has prevented their full attention to this case by the current response deadline.

6.     As a result, Appellees' respective counsel will not have sufficient time to complete preparation of Appellees' briefs by May 21, 2015.  Accordingly, Appellees request an extension of time of until June 22, 2015, to file their briefs in order that Appellees will have an adequate time to prepare their briefs.

7.     This is Appellees first request for an extension of time to file their briefs.  No further requests for extension of time are anticipated.

## Prayer

Appellees, Southwest Funding, L.P., IndyMac Mortgage Services, OneWest Bank, FSB, and Deutsche Bank National Trust Company, respectfully request that the Court grant an extension of time until June 22, 2015, within which Appellees must file and serve their respective briefs and record excerpts in this appeal.

Respectfully Submitted,

/s/ Bradley E. McLain
J. Garth Fennegan
Texas Bar I.D. 24004642
gfennegan@settlepou.com
Daniel P. Tobin
Texas Bar I.D. 24046978
dtobin@settlepou.com
Lauren E. Hayes
Texas Bar I.D. 24081961
lhayes@settlepou.com
Bradley E. McLain
Texas Bar No. 24041453
bmclain@settlepou.com

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas  75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR APPELLEES, INDY MAC MORTGAGE SERVICES, ONEWEST BANK, FSB AND DEUTSCHE BANK NATIONAL TRUST CO.

Respectfully Submitted,

/s/ Brian P. Casey
Brian P. Casey
State Bar No. 00793476
Casey Law Group
6836 Bee Caves Rd.
Building 3, Suite 303
Austin, Texas 78746
(512) 617-6409
(888) 530-9616 (fax)
bcasey@caseylawtex.com

ATTORNEY FOR APPELLEE, SOUTHWEST FUNDING, LP

## Certificate of Conference

I hereby certify that on May 14, 2015, I conferred with counsel for Appellant on the substance of this motion, and counsel for Appellant stated he is unopposed to the motion.

*/s/ Lauren E. Hayes*
Lauren E. Hayes

## Certificate of Service

I certify that this document was served in accordance with the Appellate Rules of Civil Procedure on May 18, 2015, by the manner indicated upon the following persons:

Via Electronic Service

James D. Pierce
1 Sugar Creek Center 1080
Sugar Land, Texas 77478

Attorney for Appellant

Via Electronic Service

Brian P. Casey
Casey Law Group
6836 Bee Caves Rd.
Building 3, Suite 303
Austin, Texas 78746

Attorney for Appellee,
Southwest Funding L.P.

*/s/ Bradley E. McLain*
Bradley E. McLain

DMS-#700462-v1-Appellees_Motion_for_Extension_of_Time.docx